

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Dawit Fitsum Kalayu

**Civil Action No.**  26-cv-02394-LL-VET

                                                    **Plaintiff,**

                        **V.**

Warden of the Otay Mesa Detention
Facility                                            **JUDGMENT IN A CIVIL CASE**

                                                    **Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part and denies in part Mr. Kalayu's Amended Petition for a Writ of Habeas Corpus . Mr. Kalayu's request for immediate release or to have the bond hearing conducted by the district court is denied. Mr. Kalayu's alternative request for the Court to order a bond hearing is granted The Court orders the government to provide Mr. Kalayu with an individualized bond hearing within fourteen (14) days before a neutral immigration judge in which the government bears the burden of establishing by clear and convincing evidence that Mr. Kalayu is a danger to the community or a flight risk if released

**Date:**        6/1/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

                                                    S. Tweedle, Deputy